JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY W. PHEASANT,<br><br>　　　　Defendant. | 3:21-cr-00024-RCJ-CLB<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR RESPONSES TO DEFENDANT'S MOTION TO SUPPRESS [ECF 57] & MOTION TO DISMISS [ECF 59]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON FRIERSON, United States Attorney for the District of Nevada, and RANDOLPH J. ST. CLAIR and ANDREW KEENAN, Assistant United States Attorneys, counsel for the United States of America, and CHRISTOPHER P. FREY and SEAN A. MCCLELLAND, counsel for defendant GREGORY W. PHEASANT, to extend the deadline for the Government's Responses to Defendant's Motion to Suppress [ECF No. 57] and Defendant's Motion to Dismiss [ECF No. 59] from March 31, 2023, to April 7, 2023.

This is the parties' first request for an extension.

The parties stipulate, subject to the Court's approval, that the Government's Responses to Defendant's Motion to Suppress [ECF No. 57] and Defendant's Motion to Dismiss [ECF No. 59] are due on April 7, 2023. The parties further stipulate that Defendant would have until April 14, 2023, to file any replies to either response. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 21st day of March 2023.

| | |
|---|---|
| JASON FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | /s/ Christopher Frey<br>CHRISTOPHER FREY<br>Assistant Federal Public Defender<br>Counsel for Defendant |

**IT IS SO ORDERED.**

_____
**HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE**

**DATED:** March 24, 2023 _____

2