# Exhibit A

# BLM Bulletin Posts

**Bureau of Land Management - Nevada**

Tap Mentions to see what their followers are saying about them.

## Intro

Welcome to the official Facebook page of BLM - Nevada. For the official source of information about

- Page · Local business
- (775) 861-6500
- nvsoweb@blm.gov
- blm.gov/nv
- Closed now

### Photos — See all photos



Press Enter to post.



**Bureau of Land Management - Nevada**
May 28, 2021

The Sierra Front Field Office recently added new improvements to some popular recreation sites in north Reno.

Please see the attached flyer about this newly Developed Recreation Site for more information on the improvements and guidelines.

Have a safe and fun holiday weekend!








**Author**
**Bureau of Land Management - Nevada**
Sorry for the confusion! We corrected the graphic and this is the text from our regulations regarding lights:

"No person shall operate an off-road vehicle on public lands during night hours, from a half-hour after sunset to a half-hour before sunrise, without lighted headlights and taillights."