**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>GREGORY W. PHEASANT,<br><br>                              Defendant. | Case No. 3:21-cr-00024-RCJ-CLB<br><br>**ORDER VACATING JURY TRIAL AND EXONERATING DEFENDANT'S BOND** |

On April 26, 2023, the Court entered the Order granting the Defendant's Motion to Dismiss (ECF No. 76) and this case is now closed.

**IT IS ORDERED** that the Jury Trial set for Monday, May 15, 2023, at 8:30 a.m. (ECF No. 53) is hereby vacated.

**IT IS FURTHER ORDERED** that Defendant Gregory W. Pheasant's Bond, entered on 7/21/2021 (ECF No. 14), is exonerated.

**IT IS SO ORDERED.**

Dated this 26th day of April 2023.

_____
Robert C. Jones
United States District Judge