JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ROBERT L. ELLMAN
Assistant United States Attorney
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: adam.flake@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY W. PHEASANT, <br><br> Defendant. | Case No.: 3:21-cr-24-RCJ-CLB <br><br> **GOVERNMENT'S NOTICE OF APPEAL** |

Pursuant to 18 U.S.C. § 3731, the United States files this notice of appeal to the United States Court of Appeals for the Ninth Circuit from the district court's April 26, 2023, order granting Pheasant's motion to dismiss the indictment, ECF No. 76.

DATED: May 23, 2023

                                                        Respectfully submitted,

                                                        JASON M. FRIERSON
                                                        United States Attorney

                                                        /s/ Adam Flake
                                                        _____
                                                        ADAM FLAKE
                                                        Assistant United States Attorney