UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>GREGORY W. PHEASANT,<br><br>　　　　　　　Defendant. | Case No. 3:21-cr-00024-HDM-CLB<br><br>ORDER |

　　　IT IS ORDERED that this matter be referred to the Chief Judge for reassignment.

　　　IT IS SO ORDERED.

　　　DATED: This 27th day of May, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1